```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/23/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

           -against-

SHAWN KALLOFF,

           Defendant.

----------------------------------------------------------X

19-CR-657 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, June 30, 2020, is adjourned to July 23, 2020, at 11:00 a.m.  Pursuant to Standing Order 20-MISC-196, the running of speedy-trial time is suspended.

    SO ORDERED.

Dated: New York, New York
       June 23, 2020                               _____/s/ Kimba M. Wood /_____
                                                                 KIMBA M. WOOD
                                                      United States District Judge