UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    7/15/20
```

19-CR-657 (KMW)

-against-

**ORDER**

SHAWN KALLOFF,

Defendant.
-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, July 23, 2020, is adjourned to September 9, 2020, at 2:00 p.m. Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended.

SO ORDERED.
Dated: New York, New York
       July 15, 2020

_____/s/ Kimba M. Wood /_____
KIMBA M. WOOD
United States District Judge