UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22

-against-

SHAWN KALLOFF,

                    Defendant.
---------------------------------------------------------------x

**ORDER**
19 CR 657 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant, currently scheduled for January 25, 2022, is adjourned to February 23, 2022, at 11:00 a.m., as an in-person proceeding.

    Defendant's sentencing submission is due to the Court by February 9, 2022. Government submission is due by February 16, 2022.

SO ORDERED.

Dated: New York, New York
       January 4, 2022

                                  /s/ Kimba M. Wood
                                  KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE